UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IHX (UK) LTD.,

       Plaintiff,

- against -

ASHAPURA MINECHEM LIMITED,

       Defendant.

------------------------------------------------------------- X

**ORDER**

08 Civ. 9436 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Although Plaintiff has attached funds in the above-captioned Rule B maritime action, no attachments have been made for the past sixty (60) days. Therefore, Plaintiff is ordered to transfer all funds restrained pursuant to the Order of Attachment and Garnishment issued in this action to the registry of the Court within ten (10) business days. Plaintiff is further ordered to notify the Court via facsimile as soon as the transfer is complete.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             June 9, 2009

- **Appearances** -

**For Plaintiff:**

Christopher Carlsen
Clyde & Co. US LLP
405 Lexington Avenue
New York, NY 10174
(212) 710-3930